

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2017

No. 04-17-00507-CV

Esther G. **VILLARREAL**,
Appellant

v.

Ciro M. **VILLARREAL**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-00294
The Honorable Norma Gonzales, Judge Presiding

# O R D E R

The clerk's record was due to be filed with this court on July 10, 2017.  *See* TEX. R. APP. P. 35.1.  On August 9, 2017, the Bexar County District Clerk notified this court that Appellant has not paid the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee.

If Appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution.  *See id.* R. 37.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk